# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **12-04100-dd**

Adversary Proceeding Number: **12-80226-dd**

## Consent Order

The relief set forth on the following pages, for a total of 4 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
10/09/2013



_____
David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 10/09/2013

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br>Scott Anthony Rabon, aka<br>Scott A. Rabon, and<br>Lee Michelle Rabon, aka<br>L. Michelle Devlin-Rabon<br><br>              Debtors.<br>_____<br><br>Kevin Campbell, Trustee,<br>and CBC National Bank,<br><br>              Plaintiffs,<br><br>              v.<br><br>Scott A. Rabon and<br>L. Michelle Devlin-Rabon,<br><br>              Defendants.<br>_____ | Case No. 12-04100-dd<br>Chapter 7<br>Adv. Pro. No. 12-80226<br><br><br><br><br><br><br><br><br>**CONSENT ORDER** |

      Upon motion of CBC National Bank ('CBC"), with the consent of Kevin Campbell, Trustee, and with the consent of Scott A. Rabon and L. Michelle Devlin-Rabon ("Debtors"), upon this court's finding that this Consent Order is in accordance with and provided for by the parties' settlement agreement approved by this Court's order dated and filed in the captioned adversary proceeding September 23, 2013 ("Settlement Order") {Doc. 59}, it is

      ORDERED that the debts of Scott A. Rabon and L. Michelle Devlin-Rabon to CBC, upon which judgments have been entered in South Carolina in Case No. 2008-CP-07-4269, Case No. 2010-CP-07-1530, and Case No. 2009-CP-27-154 (transcribed to Beaufort County and enrolled in Beaufort County as Case No. / Judgment Roll No. 2010-CP-07-01244), which debts are the subject of CBC's Claim Nos. 7-1, 9-1, and 10-1, are excepted from any order of discharge that might hereafter be entered in this case and therefore the debts are not discharged and shall not be discharged; it is

FURTHER ORDERED that the amounts of CBC's three claims above-mentioned are the allowed as general unsecured claims without priority in the amounts filed, but subject to the terms of the Settlement Order in regard to any distributions on such claims, and that the three judgments have continued to accrue interest since the date of the Debtors' filing of Bankruptcy Case No. 12-04100-dd and shall continue to accrue interest in accordance with applicable state law.

CBC NATIONAL BANK SO MOVES.

          s/Harold A. Boney
          Harold A. Boney
          District Court ID No. 1380
          P.O. Box 1151
          Beaufort, SC  29901
          (843) 524-0090
          00hboney@gmail.com

          -and-

          HAYNSWORTH SINKLER BOYD, P.A.

          s/Stanley H. McGuffin
          Stanley H. McGuffin
          District Court ID No. 2833
          P.O. Box 11889
          Columbia, SC  29211
          (803) 779-3080
          smguffin@hsblawfirm.com

          Attorneys for CBC National Bank

KEVIN CAMPBELL, TRUSTEE, CONSENTS.

          CAMPBELL LAW FIRM, P.A.

          s/Suzanne Campbell Chisholm
          Suzanne Campbell Chisholm,
          District Court ID No. 10,274
          P.O. Box 684
          Mt. Pleasant, SC  29465
          (843) 884-6874
          scampbell@campbell-law-firm.com

DEBTORS CONSENT.

                    DAVIS LAW FIRM

                    <u>s/D. Nathan Davis</u>
                    D. Nathan Davis, District Court ID No. 438
                    12-A Carriage Lane
                    Charleston, SC 29407
                    (843) 571-4042
                    Nathan@davislawsc.com

                    Attorney for Debtors, Scott A. Rabon
                    and L. Michelle Devlin-Rabon